UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERNIUM INTERNATIONAL U.S.A. CORP., | ) ) ) | |
| Plaintiff/Counter Defendant, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:08-CV-0816-G |
| CONSOLIDATED SYSTEMS, INC., | ) ) | **ECF** |
| Defendant/Counter Claimant. | ) ) | |

## MEMORANDUM OPINION AND ORDER

Before the court is the motion of the plaintiff,  Ternium International U.S.A.
Corp. ("Ternium" or "the plaintiff"), to dismiss two counterclaims asserted by the
defendant, Consolidated Systems, Inc. ("CSI").  The court has already dismissed
three of the defendant's counterclaims against Ternium after concluding that Texas
law, rather than South Carolina law, governs this dispute.  The three counterclaims
the court has already dismissed were based entirely on South Carolina law, which
does not apply here.

After filing the original counterclaims, the defendant then filed an amended
counterclaim, asserting three new causes of action:  (1) breach of express warranty,

(2) breach of the implied warranty of merchantability and (3) breach of the implied warranty of fitness for a particular purpose.  Defendant Consolidated Systems, Inc.'s Amended Counterclaims Against Plaintiff Ternium International U.S.A. Corp. ¶¶ 70-86.  CSI expressly bases two of these new claims -- breach of the implied warranty of merchantability and breach of the implied warranty of fitness for a particular purpose -- on South Carolina law.  *Id.* at ¶¶ 76, 82.  Because, as the court has already ruled, Texas law rather than South Carolina law applies, Ternium's motion to dismiss these two claims is **GRANTED**.

   **SO ORDERED**.

March 25, 2009.

A. JOE FISH
**Senior United States District Judge**